**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

CLINT DAWSON,

                Plaintiff,

      vs.                    Civil Action 2:08-CV-810
                               Judge Watson
                               Magistrate Judge King

GC SERVICES LIMITED
PARTNERSHIP,

                Defendant.

<u>ORDER</u>

     This case has been reported settled.

     **A status conference will be held on February 20, 2009, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

     If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

<u>January 22, 2009</u>                        *s/Norah McCann King*
                                      Norah McCann King
                          United States Magistrate Judge