# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Clint Dawson,<br><br>    Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership,<br><br>    Defendant. | Case No. 2:08-cv-00810-MHW-NMK<br><br><br><br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a) with prejudice; each party shall bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman, P.C. | Surdyk, Dowd & Turner Co., L.P.A. |
| By: */s/ Jeffrey S. Hyslip*<br>Jeffrey S. Hyslip (0079314)<br>The Sears Tower, Suite 5150<br>Chicago, IL 60606<br>Tel: 1.866.339.1156<br>jsh@legalhelpers.com<br>*Attorney for Plaintiff* | By: */s/ Jeffrey C. Turner*<br>Jeffrey C. Turner (0063154)<br>1 Prestige Place, Suite 700<br>Miamisburg, Ohio 45342<br>Tel: 1.937.222.2333<br>jturner@sdtlawyers.com<br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<em>/s/ Jeffrey S. Hyslip</em>